WASHINGTON MILLS et al., Appellants, v. HORATIO W. MILLS et al., Respondents.

(Argued January 17, 1873; decided March term, 1873.)

APPEAL from judgment affirming the decree of the surrogate of Suffolk, admitting to probate the will of Eliza Mills. The will was contested on the ground of incapacity of the testatrix and undue influence. Decided upon the facts in the case.

*J. Lawrence Smith* for the appellants.

*James Emott* for the respondents.

JOHNSON, C., reads for affirmance.
All concur; LOTT, Ch. C., not sitting.
Judgment affirmed.

---

CHARLES W. TROTTER, Respondent, v. CORNELIUS S. BUSHNELL, Appellant.

(Argued January 17, 1873; decided March term, 1873.)

DECIDED upon the facts in the case.

*James Emott* for the appellant.

*Thomas H. Rodman* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur; LOTT, Ch. C., not sitting.
Judgment affirmed.